**Order entered October 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01323-CV

### IN RE YESHMEL WRIGHT, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-71955-U**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus.  We **ORDER** relator to bear the costs of this original proceeding.


/s/      MOLLY FRANCIS
JUSTICE